JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONG CHOUL KIM, | Case No. CV 15-9381 FMO (DTBx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JP MORGAN CHASE NATIONAL CORPORATE SERVICES INC, <u>et al.</u>, | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 10th day of February, 2016.

/s/
Fernando M. Olguin
United States District Judge